FILED

03/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0731

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 19-0731

---

**STATE OF MONTANA,**

    **Plaintiff and Appellee,**

    **v.**

**TRAVIS MICHAEL STAKER,**

    **Defendant and Appellant.**

---

### ORDER GRANTING EXTENSION OF TIME

---

Upon consideration of Appellant's motion for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 27, 2020, within which to prepare, serve, and file Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 12 2020